**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Viet Kieu Hung, ) | |
| )  Plaintiff, ) | |
| ) | |
| v. ) | CV-06-924-PHX-SMM (LOA) |
| ) | |
| Joseph Arpaio, ) | O R D E R |
| )  Defendant. ) | |

It appearing to the Court that Defendant Arpaio's Motion to Dismiss is now ready for consideration,

IT IS ORDERED withdrawing the reference to the Magistrate Judge as to the above-referenced Motion (docket #6). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 11th day of October, 2006.

Stephen M. McNamee
United States District Judge